PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-mj-0093-SAB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| ALEJANDRO CALVO NEVAREZ, | |
| Defendant. | |

The United States now moves to dismiss the complaint only with respect to the defendant named in the above captioned case filed on August 28, 2020, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 21, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

1

**ORDER**

On motion of the government, the Court hereby orders that the complaint in case number 1:20-mj-0093-SAB filed on August 28, 2020, be DISMISSED WITHOUT PREJUDICE

IT IS SO ORDERED.

Dated: __**June 21, 2022**__        _____/s/ Dale A. Drozd_____
                             UNITED STATES DISTRICT JUDGE